403 P.3d 307

IN the INTEREST OF CH; MM

In the Interest of MM

In the Interest of CH; MM

In the Interest of MM

NOS. CAAP-16-0000661 and CAAP-16-0000662

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 29, 2017.

SUMMARY DISPOSITION ORDER

Affirmed.

403 P.3d 307

**Allen M. OZAKI, Plaintiff-Appellee,**

v.

**Denise N. SAUNDERS and Windward Wheels, LLC, Defendants-Appellants**

**NO. CAAP-15-0000670**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 3, 2017.

SUMMARY DISPOSITION ORDER

Remanded.

403 P.3d 307

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Brian UNDERWOOD, Defendant-Appellant**

**NO. CAAP-15-0000446**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 10, 2017.

SUMMARY DISPOSITION ORDER

Affirmed.